**SECOND DIVISION**
**MILLER, P. J.,**
**MERCIER, J., and SENIOR APPELLATE JUDGE PHIPPS**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**April 28, 2022**

# In the Court of Appeals of Georgia

A20A0547. RCC WESLEY CHAPEL CROSSING, LLC et al. v. ALLEN et al.

PHIPPS, Senior Appellate Judge.

This appeal arises from a grant of class certification. Forrest Allen brought an action against RCC Wesley Chapel Crossing, LLC, Dollar Tree Stores, Inc., Little Giant Farmers Market Corporation, River City Capital, LLC, and River City Capital Property Management, LLC (collectively, the "Appellants"), for negligence, premises liability, false imprisonment, conversion, and violation of the Georgia Racketeer Influenced and Corrupt Organizations Act, and he sought to have the action certified on behalf of a proposed class of similarly situated persons. The trial court granted Allen's motion for class certification, and this Court affirmed that order. *RCC Wesley*

*Chapel Crossing, LLC v. Allen*, 355 Ga. App. XXVII (Case No. A20A0547) (June 29, 2020) (unpublished) ("*Allen I*").

In *RCC Wesley Chapel Crossing, LLC v. Allen*, 313 Ga. 69, 76-77 (3) (867 SE2d 108) (2021) ("Allen II"), the Supreme Court of Georgia vacated our opinion in *Allen I* and directed this Court to remand the case to the trial court for reconsideration of the proposed class certification consistent with the Supreme Court's opinion. Based on our review of *Allen II*, we conclude that the rulings in that decision implicate only Division 1 (b) of our opinion in *Allen I*. Accordingly, we vacate Division 1 (b) of our prior opinion in *Allen I*, adopt the opinion of the Supreme Court in *Allen II* with respect to that division, and remand the case to the trial court for further proceedings consistent with the Supreme Court's opinion. Divisions 1 (a) & (c), 2, and 3 of this Court's opinion in *Allen I* were not affected by the Supreme Court's decision and thus remain binding on the parties to this action. See *Shadix v. Carroll County*, 274 Ga. 560, 563-564 (1) (554 SE2d 465) (2001).

*Judgment affirmed in part and vacated in part, and case remanded with direction. Miller, P. J., and Mercier, J., concur*.